## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                          **CHAPTER 13 BANKRUPTCY**
**CLAUDE R. THRASH**                       **CASE NO.: 17-50298-KMS**

TO:
Hon. J. C. Bell                            United States Trustee
Chapter 13 Trustee                         501 E. Court St., Ste 6-430
P. O. Box 566                              Jackson, MS 39201
Hattiesburg, MS 39403-5011

### MOTION TO SUSPEND PLAN PAYMENTS

COMES NOW the Debtor herein, by and through counsel, and motions the Court to suspend Chapter 13 Plan Payments for the months of October 2017, November 2017 and December 2017, and and ask that the arrearage be added back into the Chapter 13 Plan payments.

The Debtor would show unto the Court that he has not been able to work due to illness. He has had to undergo a quadruple bypass heart surgery, which is requiring him to be off of work for six to eight weeks. This suspension would allow him to continue in this Chapter 13 proceeding.

WHEREFORE the Debtor prays for a three (3) month suspension of the Chapter 13 Plan Payments, as proposed herein. Further, Debtor asks the Court to add the existing arrearage back into the Chapter 13 Plan, wherein it can be paid over the life of the Plan.

                                           /s/  Danny Smith
                                           COUNSEL

Danny Smith, MS Bar No. 7498
Attorney for Debtor
Smith & Choudoir Law, PLLC
P. O. Box 2024
McComb, MS 39649
601-249-3386 Phone

601-249-3616 Facsimile
mrscase@hotmail.com

## **CERTIFICATE OF SERVICE**

I, Danny Smith, attorney for the above named Debtor, do hereby certify that I have this filed electronically and mailed a true and correct copy of the above Motion to Suspend Plan Payments to the following:

Hon. J. C. Bell                                      United States Trustee
Chapter 13 Trustee                               501 E. Court St., Ste 6-430
P. O. Box 566                                        Jackson, MS 39201
Hattiesburg, MS 39403-5011

Dated this the 27th day of October, 2017.

/s/ Danny Smith
Danny Smith, Attorney for Debtor