___

SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 27, 2017**

**The Order of the Court is set forth below. The docket reflects the date entered.**
___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**          **CHAPTER 13 BANKRUPTCY**
**CLAUDE R. THRASH**          **CASE NO.: 17-50298-KMS**

### ORDER TO SUSPEND PLAN PAYMENTS

THIS MATTER CAME on for the Court's consideration on the Debtor's Motion to Suspend Plan Payments (**Dkt 54**) for three (3) months of October 2017, November 2017 and December 2017, and to resume paying again with the January 2018 payment, and ask that the arrearage be added back into the Chapter 13 Plan payments, and the Court being otherwise fully advised in the premises finds that the Debtor's Motion to Suspend Plan Payments and resume with January 2018payment should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Debtor's Motion to Suspend Plan Payments for three (3) month suspension being October 2017, November 2017 and December 2017and with regular payment beginning in January 2018 should be, and is hereby granted; that any mortgage payments suspended for the months of October 2017, November 2017

and December 2017 will be paid over the existing life of the plan. Further, the Debtor's wage order shall be amended accordingly.

##END OF ORDER##

PREPARED AND PRESENTED BY:

/s/ Danny Smith
Danny Smith, MS Bar No. 7498
Attorney for Debtor
Smith & Choudoir Law, PLLC
P. O. Box 2024
McComb, MS 39649
601-249-3386 Phone
601-249-3616 Facsimile
mrscase@hotmail.com